GILBERT G. VELILLA *v.* UNITED TECHNOLOGIES CORPORATION, HAMILTON STANDARD DIVISION, ET AL.
(4955)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Submitted on briefs October 10—released October 16, 1986

*Gilbert G. Velilla,* pro se, the appellant (plaintiff) filed a brief.

*Brian E. Prindle* filed a brief for the appellees (defendants).

PER CURIAM. We have fully reviewed the record and briefs, including appendices, submitted in this matter and, after subjecting the plaintiff's claims to the appropriate standard of review, we conclude that they are lacking in merit.

There is no error.